

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-15-00113-CV

_____

MOHAMMED FAWWAZ SHOUKFEH, M.D., P.A.,
D/B/A TEXAS CARDIAC CENTER, APPELLANT

V.

JAMES G. GRATTAN AND TEXAS WORKFORCE COMMISSION, APPELLEES

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2014-510,479; Honorable William C. Sowder, Presiding

May 7, 2015

## ORDER OF REINSTATEMENT

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

By opinion and judgment dated May 1, 2015, this Court dismissed Appellant's appeal for failure to timely remit the required filing fee of $195. On May 5, 2015, Appellant filed his *Amended Verified Motion to Reconsider and to Reinstate the*

*Appeal.*[1]  By the motion, Appellant's counsel explains that nonpayment of the filing fee was an inadvertent mistake and not an intentional disregard of this Court's earlier letter advising Appellant of the nonpayment of the required filing fee. The motion is supported by counsel's affidavit as well as counsel's legal assistant's affidavit.  In addition, Appellee, James Grattan, is unopposed to the motion and Appellee, Texas Workforce Commission, has agreed to waive the ten-day response time and will not file written opposition to the motion.  Accordingly, we grant the motion and reinstate the appeal. The appeal will proceed in due course.

It is so ordered.

Per Curiam

---

[1] On May 4, 2015, Appellant filed his original *Motion to Reconsider and to Reinstate the Appeal.* Our disposition of his amended motion renders consideration of the original motion moot.